786 S.E.2d 142

## Re BUSINESS COURT JUDGE ASSIGNMENTS.

Supreme Court of South Carolina.

May 18, 2016.

ADMINISTRATIVE ORDER

COSTA M. PLEICONES, Chief Justice of South Carolina.

Pursuant to the provisions of S.C. CONST. Art. V, § 4,

IT IS ORDERED that in addition to their other duties as circuit court judges, the following judges shall be assigned to preside over the Business Court Regions:

The Honorable D. Garrison Hill—Region One

The Honorable R. Markley Dennis, Jr.—Region Three

IT IS FURTHER ORDERED that in addition to their other duties as circuit court judges, the following judges shall continue to preside over the Business Court Regions:

The Honorable R. Lawton McIntosh—Region One

The Honorable George C. James, Jr.—Region Two

The Honorable Clifton Newman—Region Two

The Honorable Maite Murphy—Region Three

The Honorable Roger M. Young, Sr.—Region Three

The Honorable J. Derham Cole—At Large

The Honorable Alison Renee Lee—At Large

IT IS FURTHER ORDERED that the Honorable Edward W. Miller shall be removed from the rotation of assignments to new Business Court cases for Region One. Judge Miller shall continue to serve as a Business Court Judge for any cases to which he was previously assigned.

This Order is effective immediately.